FILED'03 DEC 01 13:41USDC-ORP

F. GORDON ALLEN, OSB #77010
FREDERIC E. CANN, OSB #78160
ALLEN & O'HALLORAN LLP
1300 SW 5th Avenue, Suite 2750
Portland, OR 97201-5617
Telephone: (503) 227-2470
Fax: (503) 227-2669
E-mail: fga@lawao.com

    Of Attorneys for Plaintiffs
    Bancard Services, Inc. and Cash Resources, Inc.

DONALD E. TEMPLETON, OSB #86095
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW 6th Avenue, Suite 1500
Portland, Oregon 97204
Telephone: (503) 224-6440
Fax: (503) 224-7324
E-Mail: det@dunn-carney.com

    Of Attorneys for Defendant E*TRADE Access, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BANCARD SERVICES, INC., a Montana corporation; and CASH RESOURCES, INC., a Colorado corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>E*TRADE ACCESS, INC., an Oregon corporation,<br><br>    Defendant. | CASE No. CV 01-1741 HU<br><br>STIPULATED JUDGMENT |

Based upon the stipulation of the parties hereto,

IT IS ORDERED, ADJUDGED AND DECLARED AS FOLLOWS:

1. The E*TRADE ACCESS, INC. Site Location Agreements in dispute in this action (the E*TRADE / CCS Site Location Agreements described in paragraphs 2, 3 and 4 of the Stipulation Related to Discovery on file herein)

```
 1         are declared valid and enforceable consistent with the Findings and
 2         Recommendation of Magistrate Judge Dennis J. Hubel dated November 4,
 3         2002 (docket entry 57), and the Order Adopting Findings and
 4         Recommendation of Judge Malcolm F. Marsh dated April 30, 2003 (docket
 5         entry 75).
 6    2.   Plaintiffs BANCARD SERVICES, INC., and CASH RESOURCES, INC.,
 7         are enjoined from communicating with 'Locations' having valid Site Location
 8         Agreements with defendant E*TRADE ACCESS, INC. for the purpose of
 9         causing those Locations to breach their valid Site Location Agreements with
10         defendant E*TRADE ACCESS, INC.
11    3.   Plaintiffs BANCARD SERVICES, INC., and CASH RESOURCES, INC.,
12         are enjoined from knowingly entering into contracts with 'Locations' which
13         contracts would constitute a breach of a valid Site Location Agreements with
14         defendant E*TRADE ACCESS, INC.
15    4.   Except as provided for in paragraphs 1, 2 and 3 hereof, and except for any
16         claims which may arise as a result of the breach of the provisions of
17         paragraphs 2 and 3 hereof, and except for any claims for breach of the
18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
```

1  contemporaneous Settlement Agreement between the parties, all remaining claims in
2  the pending litigation, including counterclaims, are dismissed, with prejudice, and
3  without costs, expenses or attorney fees.
4      DATED this _1st_ day of _December_, 2003.

*/s/ Malcolm F. Marsh*
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE MALCOLM F. MARSH

8  IT IS SO STIPULATED AND AGREED:
9  ALLEN & O'HALLORAN LLP

*/s/ F. Gordon Allen*
F. GORDON ALLEN, OSB NO. 77010
Of Attorneys for Plaintiffs

13  DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

*/s/ Donald Templeton*
DONALD TEMPLETON, OSB NO. 86095
Of Attorneys for Defendant